IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PELLA CORPORATION and PELLA WINDOWS ) <br> & DOORS OF ONTARIO CORP., ) <br> ) <br> Defendants. ) <br> ) <br> PELLA CORPORATION, PELLA WINDOWS and ) <br> DOORS, INC. and PELLA WINDOWS & DOORS OF ) <br> ONTARIO CORP., ) <br> ) <br> Counterclaim Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LEXINGTON INSURANCE COMPANY ) <br> ) <br> Counterclaim Defendant. ) | Case No.: 4:12-CV-352 JEG-TJS <br><br><br> MOTION FOR ADMISSION <br> PRO HAC VICE |

Keith McKenna, an attorney who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendants and Counterclaim Plaintiffs, Pella Corporation, Pella Windows and Doors, Inc. and Pella Windows & Doors of Ontario Corp. Mr. McKenna states that he is a member in good standing of the bar of the United States Courts of Appeals for the Second Circuit and the Eighth Circuit, the United States District Courts for the Southern District of New York, the Eastern District of New York and the District of New Jersey,

as well as the highest courts of the states of New York and New Jersey, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Mr. McKenna further states he will comply with the associate counsel requirements of LR 83.2(d)(4) by associating with Richard W. Lozier, Jr., an attorney who has been admitted to the bar of this district under LR 83.2(b) and (c) and who has entered an appearance in this case on behalf of Pella Corporation, Pella Windows and Doors, Inc. and Pella Windows & Doors of Ontario Corp.

Respectfully Submitted,

By _____
Keith McKenna
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-3326
Fax (212) 506-1800
KMcKenna@kasowitz.com.

ATTORNEY FOR DEFENDANTS AND
COUNTERCLAIM PLAINTIFFS,
Pella Corporation, Pella Windows and Doors, Inc.
and Pella Windows & Doors of Ontario Corp.

2

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on January 8, 2013 by

|   |   |   |
|---|---|---|
| ☐ U.S. Mail | ☐ | FAX |
| ☐ Hand Delivered | X | Electronic Mail through CM/ECF |
| ☐ FedEx/ Overnight Carrier | ☐ | Other |

Signature: */s/ L. A. Brustkern*